PROB 12C
(6/16)

Report Date: April 24, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alberto Abarca                     Case Number: 0980 2:21CR00161-SAB-1

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 29, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 130 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(January 12, 2023) | Prison - Time Served (18 days)<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | January 12, 2023 |
| Defense Attorney: | Stephen R. Hormel | Date Supervision Expires: | September 24, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On January 18, 2023, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so.  If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 7, by failing to notify the probation office within 72 hours of his change in employment. |

Prob12C
**Re: Abarca, Alberto**
**April 24, 2023**
Page 2

On April 19, 2023, the probation officer contacted the offender's last known employer, Bill's Heating and Cooling, in an effort to locate him. His employer indicated that Mr. Abarca has not worked for the company since March 2, 2023. He failed to notify the probation officer of this change in his employment within 72 hours.

2  **Special Condition #5:** You must have an ignition interlock device installed on your personal vehicle that you drive.

**Supporting Evidence:** The offender is alleged to have violated special condition number 5, by having the ignition interlock removed from his personal vehicle on or about April 18, 2023.

On April 18, 2023, this officer received notification from Smart Start indicating the offender had the ignition interlock removed from his personal vehicle. The report stated that the removal was at Mr. Abarca's request.

3  **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to contact the probation officer as directed. Further, he failed to report for a scheduled office appointment on April 24, 2023.

This officer has attempted to contact the offender multiple times via telephone, email, and text message since April 12, 2023. He has failed to respond. It should be noted, it appears his phone may be disconnected.

On April 19, 2023, this officer attempted to contact Mr. Abarca at his last known residence. The probation officer spoke to the homeowner who advised that Mr. Abarca is still residing at the residence, however, he had traveled to Chicago a couple of weeks prior due to a death in the family. He stated he was unaware of when Mr. Abarca was planning to return and claimed he did not have his contact information.

This officer received conflicting information from Mr. Abarca's girlfriend. She informed the probation officer that the offender took his belongings and moved out of the residence several weeks ago.

On April 21, 2023, this officer sent a text message and email to the offender instructing him to report to the U.S. Probation Office on April 24, 2023. He failed to report as directed.

Prob12C
Re: Abarca, Alberto
April 24, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 24, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/25/2023

Date