PROB 12C
(6/16)

Report Date: January 31, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alberto Abarca | Case Number: 0980 2:21CR00161-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 29, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 130 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(January 12, 2023) | Prison - Time Served (18 days)<br>TSR - 33 months | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: January 12, 2023 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 24, 2025 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/24/2023.

On January 18, 2023, the offender's conditions of supervised release were explained by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by leaving the federal judicial district where he was authorized to reside without first getting permission from the Court or probation officer on or about January 10, 2024.<br><br>On January 10, 2024, Mr. Abarca was arrested in the Western District of Washington on his outstanding federal warrant. He did not receive permission from the Court or the probation officer to leave the Eastern District of Washington. |

Prob12C

**Re: Abarca, Alberto**
**January 31, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 31, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/1/2024

Date